UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LAWRENCE R. ROUBEN, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:10-CV-397 |
| | ) |
| PARKVIEW HOSPITAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Before the Court is a complaint filed by Plaintiff based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 1.) The complaint alleges that Plaintiff is a citizen of the Commonwealth of Kentucky and that Defendants "are natural citizens of the State of Indiana or business entities organized under the laws of the State of Indiana." (Compl. ¶¶ 2, 3, 11.)

Plaintiff's complaint, however, is inadequate, because it fails to allege the state in which Defendant Parkview Hospital, Inc., maintains its principal place of business. Corporations "are deemed to be citizens of the state in which they are incorporated *and* of the state in which they have their principal place of business." *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (emphasis added); *see* 28 U.S.C. § 1332(c)(1). Thus, the Court must be apprised of both facts with respect to Defendant Parkview Hospital, Inc.

Therefore, Plaintiff is ORDERED to filed an amended complaint forthwith that adequately sets forth the citizenship of each party. SO ORDERED.

Enter for this 17th day of November, 2010.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge